UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

USDC-GREENBELT
'26 MAR 30 PM1:41

Kimberly Jean Brown, et al.
Plaintiff(s),

v.

Tucker McCann Group LLP, et al.
Defendant(s).

Civil Action No.: 8:25-cv-03547-DLB

----------------------------------------

MOTION TO SET ASIDE ENTRY OF DEFAULT

Defendant Gorman Brown respectfully moves this Court pursuant to Rule 55(c) to set aside the entry of default entered on March 10, 2026.

1. GOOD CAUSE EXISTS

Defendant acknowledges receipt of documents in January 2026; however, the manner in which they were delivered did not clearly convey that they were formal legal processes requiring a response within a specific timeframe.

Defendant did not understand the legal significance of the documents or the requirement to file a formal response in federal court. Defendant is not an attorney and was unfamiliar with federal procedures.

Defendant acted in good faith and did not intentionally disregard these proceedings and is now acting promptly upon understanding the legal requirements.

TIMELINE:
- Documents received: January 2026
- Response deadline: February 13, 2026
- Default entered: March 10, 2026
- Motion filed: March 30, 2026

2. MERITORIOUS DEFENSES

Defendant has strong and meritorious defenses.

Defendant has no involvement in, knowledge of, or connection to Legacy Complete, Tucker McCann Group LLP, or the Brown Washington Trust as alleged.

Defendant denies any participation in any racketeering activity, fraud, or unlawful conduct.

Defendant has been improperly named and intends to fully contest all claims.

3. NO PREJUDICE

Setting aside default will not prejudice Plaintiff. This case remains in early stages.

4. PROMPT ACTION

Defendant brings this Motion within the time permitted.

WHEREFORE, Defendant respectfully requests:

1. Default be set aside
2. Defendant be allowed to proceed
3. Such other relief as appropriate

Respectfully submitted,

Gorman Brown
9407 Kynaston Ct.
Bowie, Md. 20721
240-694-8699
gorman.brown@gmail.com

Date: March 30, 2026

CERTIFICATE OF SERVICE

I certify that on this 30th day of _March_ , 2026, a copy of the foregoing was mailed to:

Kimberly Jean Brown
1026 E. 46th St, Unit 2E
Chicago, IL 60653

Gorman Brown
9407 Kynaston Ct.
Bowie Md. 20721
240-694-8699
gorman.brown@gmail.com

Date: March 30, 2026